# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE PATRICIA GARCIA,<br><br>    Plaintiff, | Case No. 2:22-cv-00084-JAD-NJK<br><br>**ORDER** |

Initiating a case in federal court requires the filing of a complaint. Fed. R. Civ. P. 7(a)(1); *see also* Fed. R. Civ. P. 8(a) (describing required contents of complaint). Although the Court liberally construes the filings of litigants proceeding without an attorney, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007), Plaintiff's document initiating this case lacks basic required information such as the identity of the defendant(s). The Court will provide Plaintiff an opportunity to file a proper complaint, which must be completed on the form approved for *pro se* plaintiffs to initiate civil cases.[1]

In addition, initiating a case in federal court requires either the payment of the filing fee or the filing of an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). In this case, Plaintiff has done neither. *See* Docket. The Court will provide Plaintiff an opportunity to cure that defect by either paying the filing fee or filing an application to proceed *in forma pauperis*.[2]

Plaintiff must comply with this order no later than June 6, 2022. **Failure to comply will result in a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: May 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff can access this form on the Internet at the following website: https://www.uscourts.gov/sites/default/files/complaint_for_a_civil_case.pdf.

[2] This form is available at: https://www.uscourts.gov/sites/default/files/ao240_0.pdf.