# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE PATRICIA GARCIA,

    Plaintiff,

Case No.: 2:22-cv-00084-JAD-NJK

**ORDER**

On January 14, 2022, Plaintiff filed documents to initiate this case. Docket No. 1. On May 5, 2022, the Court found that Plaintiff had failed to include basic required information in her initiating documents and ordered her to file a proper complaint no later than June 6, 2022. Docket No. 2.

On May 16, 2022, the Court's order was returned to the Court as undeliverable at the address Plaintiff provided. Docket No. 3. "A party, not the district court, bears the burden of keeping the court apprised of any changes in [her] mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file a notice of changed address no later than June 28, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: June 7, 2022.

                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE