# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE PATRICIA GARCIA,

    Plaintiff,

Case No.: 2:22-cv-00084-JAD-NJK

**ORDER**

On June 7, 2022, the Court ordered Plaintiff to file a notice of changed address no later than June 28, 2022. Docket No. 4. The prior order, however, was addressed to an incorrect ZIP code. *See* Docket No. 3. The deadline for Plaintiff to comply with the Court's order at Docket No. 4 is hereby **EXTENDED** to July 1, 2022.

IT IS SO ORDERED.

Dated: June 9, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1