# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE PATRICIA GARCIA,

    Plaintiff,

Case No.: 2:22-cv-00084-JAD-NJK

**ORDER**

On May 5, 2022, the Court ordered Plaintiff to either pay the filing fee to initiate the instant action or file an application to proceed *in forma pauperis* and to file a proper complaint no later than June 6, 2022. Docket No. 2. When the Court's order was returned as undeliverable, the Court ordered Plaintiff to file a notice of changed address, which Plaintiff has since done. Docket Nos. 4, 5, 6. Since Plaintiff never received the Court's order at Docket No. 2, the Court will give Plaintiff one final opportunity to comply with the Court's order to both file a proper complaint[1] and to either pay the filing fee or file an application to proceed *in forma pauperis*.[2]

Plaintiff is hereby **ORDERED** to comply with the Court's order no later than July 28, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.** The Court further **INSTRUCTS** the Clerk's office to mail a copy of the Court's order at Docket No. 2 to Plaintiff.

IT IS SO ORDERED.

Dated: June 28, 2022.

                                             NANCY J. KOPPE
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] This complaint must be completed on the form approved for *pro se* plaintiffs to initiate civil cases, which can be accessed on the Internet at the following website: https://www.uscourts.gov/sites/default/files/complaint_for_a_civil_case.pdf.

[2] The Court's application form is available at: https://www.uscourts.gov/sites/default/files/ao240_0.pdf.