UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In re Patricia Garcia,

          Plaintiff

Case No.: 2:22-cv-0084-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 8]

      On June 28, 2022, the court ordered plaintiff Patricia Garcia to file a proper complaint and either pay the filing fee or apply to proceed *in forma pauperis* by July 28, 2022.  The court warned Garcia that her failure to do so could result in the dismissal of this case.[1]  Garcia took no action in response to that order, and the magistrate judge entered a report and recommendation that this case be dismissed.[2]  The deadline for the plaintiff to object to that recommendation was August 16, 2022, and she neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the R&R, I find good cause to adopt it, and I do.

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 8] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.

                                                    _____
                                                    U.S. District Judge Jennifer A. Dorsey
                                                    Dated: August 18, 2022

---

[1] ECF No. 7.

[2] ECF No. 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).